# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DENISE E. KOENIG, DANIEL M. LOVELACE, §
CARLA NOLAN, AMY ELIZABETH NOLAN, §
MICHAEL SINCLAIR, ROBERT LODDY, §
MICHELLE MARTIN, JAMES SISOLAK, and §
INA COPELAND, §
        §
     **Plaintiffs,**  §
        §   Case No. _____
  **v.**      §
        §
MERCK & CO., INC., §
One Merck Drive §
Whitehouse Station, NJ  08889 §
        §
     **Defendant.**  §

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, the undersigned, counsel of record for Defendant

Merck & Co., Inc. ("Merck"), certifies that to the best of our knowledge and belief, Merck has

no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands

of the public.

These representations are made in order that judges of this Court may determine

the need for recusal.

                Respectfully submitted,

                WILLIAMS & CONNOLLY LLP

                By: *Katherine Leong*
                   Douglas R. Marvin
                   (D.C. Bar No. 933671)
                   Paul K. Dueffert
                   (D.C. Bar No. 435452)
                   Katherine Leong
                   (D.C. Bar No. 492457)

725 12th Street, N.W.
Washington, D.C.  20005
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

Dated:  December 18, 2007

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 18th day of December, 2007, a true copy of the foregoing Corporate Disclosure Statement was served U.S. first-class mail, postage prepaid to the following:

> Turner W. Branch, Esq.
> BRANCH LAW FIRM
> 1424 K Street, NW
> 6th Floor
> Washington, DC  20005

*Katherine Leong*
Katherine Leong