IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DENISE E. KOENIG et al., §
§
Plaintiffs, §
§
v. § Civil Action No.: 07 2282 HHK
§
MERCK & CO., INC., §
§
Defendant. §

**ORDER] APPROVING DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO MDL 1657**

Having considered the Defendant's Unopposed Motion for Stay of Proceedings Pending Transfer to MDL 1657 and finding that there is good cause to grant the requested relief, it is, this ___4th___ day of ___January___, 2008, by the United States District Court for the District Columbia ORDERED that:

the Defendant's Unopposed Motion for Stay of Proceedings Pending Transfer to MDL 1657 is GRANTED; and it is further ORDERED that

this action is hereby STAYED in its entirety pending the transfer of this action to the Eastern District of Louisiana.

Judge Henry H. Kennedy, Jr.
United States District Judge