# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone:  [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

February 5, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:  MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-128)

Dear Ms. Whyte:

I am enclosing a certified  copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 18, 2008.  As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer.  The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation.  Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Docket Specialist

Attachments

cc:    Transferee Judge:      Judge Eldon E. Fallon
        Transferor Judges:     (See Attached List of Judges)
        Transferor Clerks:     (See Attached List of Clerks)

JPML Form 36A



A CERTIFIED TRUE COPY

FEB - 5 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB - 5 2008
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION          MDL No. 1657

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-128)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,601 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 5 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
X  Dktd._____
___ CtRmDep._____
___ Doc. No._____

Page 1 of 2

**IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**

MDL No. 1657

### SCHEDULE CTO-128 - TAG-ALONG ACTIONS

| <u>DIST. DIV. C.A. #</u> | <u>CASE CAPTION</u> | EDLA<br>SEC. L/3 |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3  07-6270 | George West v. Merck & Co., Inc., et al. | 08-853 |
| **DISTRICT OF COLUMBIA** | | |
| DC 1  07-2270  RCL | Legirtha Brown, et al. v. Merck & Co., Inc. | 08-854 |
| DC 1  07-2271  RCL | Willie Mae Proby, et al. v. Merck & Co., Inc. | 08-855 |
| DC 1  07-2272  RWR | Diana Lehmann, et al. v. Merck & Co., Inc. | 08-856 |
| DC 1  07-2274  RMC | Mary Pennington, et al. v. Merck & Co., Inc. | 08-857 |
| DC 1  07-2275  RMC | John King, et al. v. Merck & Co., Inc. | 08-858 |
| DC 1  07-2276  HHK | Cheryl Cuthbert, et al. v. Merck & Co., Inc. | 08-859 |
| DC 1  07-2278  RMU | Betty L. Simmons, et al. v. Merck & Co., Inc. | 08-860 |
| DC 1  07-2281  RMU | Richard Matos, et al. v. Merck & Co., Inc. | 08-861 |
| DC 1  07-2282  HHK | Denise E. Koenig, et al. v. Merck & Co., Inc. | 08-862 |
| DC 1  07-2283  JR | Shirley Truscott, et al. v. Merck & Co., Inc. | 08-863 |
| DC 1  07-2284  EGS | Patricia Haynes, et al. v. Merck & Co., Inc. | 08-864 |
| DC 1  07-2285  PLF | Joseph Slawinski, et al. v. Merck & Co., Inc. | 08-865 |
| DC 1  07-2286  RJL | Gloria Hendricks, et al. v. Merck & Co., Inc. | 08-866 |
| DC 1  07-2287  JDB | Tina Koenigsfeld, et al. v. Merck & Co., Inc. | 08-867 |
| DC 1  07-2288  RMU | Sherri Lynn Miller, et al. v. Merck & Co., Inc. | 08-868 |
| DC 1  07-2290  RCL | Joyce C. Vidmar, et al. v. Merck & Co., Inc. | 08-869 |
| DC 1  07-2291  RWR | Kevin L. Miller, et al. v. Merck & Co., Inc. | 08-870 |
| DC 1  07-2292  RCL | Azariah Asante, et al. v. Merck & Co., Inc. | 08-871 |
| DC 1  07-2294  RJL | Willese Demps, et al. v. Merck & Co., Inc. | 08-872 |
| **FLORIDA MIDDLE** | | |
| FLM 2  07-847 | Helen Siegel v. Merck & Co., Inc. | 08-873 |
| FLM 2  07-848 | Michael U. McDermott v. Merck & Co., Inc. | 08-874 |
| **FLORIDA SOUTHERN** | | |
| FLS 0  07-61921 | Lerene Campbell v. Merck & Co., Inc. | 08-875 |
| **MARYLAND** | | |
| MD 1  07-3354 | Jimmy Lockhart, etc. v. Merck & Co., Inc. | 08-876 |
| MD 1  07-3369 | Pearly Christie, et al. v. Merck & Co., Inc. | 08-877 |

## MDL No. 1657 - Schedule CTO-128 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **MISSISSIPPI NORTHERN** | | |
| MSN 1 07-319 | Shirley Heard, et al. v. Merck & Co., Inc. | 08–878 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 2 07-362 | Cassie Graham, et al. v. Merck & Co., Inc. | 08–879 |
| MSS 2 07-363 | Louis Nelson, et al. v. Merck & Co., Inc. | 08–880 |
| MSS 2 07-364 | Doris Easterling, et al. v. Merck & Co., Inc. | 08–881 |
| MSS 3 07-725 | Janet Avant, et al. v. Merck & Co., Inc., et al. | 08–882 |
| **NORTH CAROLINA EASTERN** | | |
| NCE 5 07-480 | Barbara F. Lawrence v. Merck & Co., Inc. | 08–883 |
| **NEW YORK WESTERN** | | |
| NYW 6 07-6612 | Tracy G. Civitillo, etc. v. Merck & Co., Inc., et al. | 08–884 |